# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES PAUL DUNCAN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 02-cv-345-MJR |
| | ) APPEAL NO. 08-3627 |
| DONALD D. GAERTZ, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This case was closed for six years, and then Plaintiff filed a motion challenging the continued garnishment of his account to pay the $150 filing fee pursuant to 28 U.S.C. § 1915(b). That motion was denied (Doc. 6), and now Plaintiff has filed a notice of appeal, accompanied by a motion for issuance of a certificate of appealability (Doc. 7).

Plaintiff's civil rights action is neither a proceeding under section § 2255, nor is it a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court. Consequently, no certificate of appealability is necessary for him to perfect his appeal. FED.R.APP.P. 22(b); 28 U.S.C. § 2253(c). Accordingly, the instant motion is **DENIED** as **MOOT.**

**IT IS SO ORDERED.**

**DATED this 20th day of October, 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**